IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Filla, Michael D

Printed: 12/28/07

Case Number: 06 B 17299
Judge: Squires, John H
Filed: 2/27/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 14, 2007
Confirmed: April 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 450.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 425.69 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 24.31 |
| Other Funds: |  | 0.00 |
| Totals: | 450.00 | 450.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | RoundUp Funding LLC | Unsecured | 8,838.63 | 203.36 |
| 2. | The Bureau Inc | Unsecured | 8,631.12 | 198.59 |
| 3. | ECast Settlement Corp | Unsecured | 1,031.67 | 23.74 |
| 4. | Chase Manhattan | Unsecured |  | No Claim Filed |
| 5. | Amer Honda | Unsecured |  | No Claim Filed |
| 6. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 7. | CB USA Sears | Unsecured |  | No Claim Filed |
| 8. | Chase Manhattan | Unsecured |  | No Claim Filed |
| 9. | Commerce Bank | Unsecured |  | No Claim Filed |
| 10. | General Motors Acceptance Corp | Unsecured |  | No Claim Filed |
| 11. | Chase Cardmember Services | Unsecured |  | No Claim Filed |
| 12. | GEMB | Unsecured |  | No Claim Filed |
| 13. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 14. | United Student Aid Funds Inc | Unsecured |  | No Claim Filed |
| 15. | Sallie Mae | Unsecured |  | No Claim Filed |
| 16. | Hsbc/Vlcty | Unsecured |  | No Claim Filed |
| 17. | Toyota Motor Credit Corporatio | Unsecured |  | No Claim Filed |
| 18. | Union Bank | Unsecured |  | No Claim Filed |
| 19. | Unifund Corporation | Unsecured |  | No Claim Filed |
| 20. | Cmntyprp Mng | Unsecured |  | No Claim Filed |
| 21. | World Financial Network Nat'l | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 18,501.42 | $ 425.69 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Filla, Michael D

Printed:  12/28/07

Case Number:  06 B 17299
Judge:  Squires, John H
Filed:  2/27/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 24.31 |
|  | _____ |
|  | $ 24.31 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

